Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Tucson Division

FILED ___ LODGED
RECEIVED ___ COPY

DEC - 6 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THOMAS L. BURKEL

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

APOLLO GLOBAL MANGEMENT.
ARES MANAGEMENT
C-21 LOCALLY & WORLDWIDE RE OFFICES & AFFILIATES, LLC OR INC. OR OTHERS
C-21 TOWNE & COUNTRY PERCY MATTHEWS, ET AL

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CV-21-2049-PHX-SMB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

COLUMBUS

Name: Thomas L. Burkel
Street Address: 9585 Cincinnati-Columbus Road
City and County: West Chester OH 45069-4242
State and Zip Code: Ohio 45069 4242
Telephone Number: 513-543-1644 (CELL)
E-mail Address: tomburkel58@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TO BE ADDRESSED IN AFFIDAVITS, SUBPOENAS, ETC.

Page 1 of 5

Defendant No. 1
- Name: Tracie (last name not known) Asst Broker
- Job or Title (if known): Percy & Tracee Lynn Matthews Brokers of C.21 Towne & Country
- Street Address: Co Broker 4856 E. Baseline Road
- City and County: Mesa, AZ 85206 also 18596 Raven Dr. Queen Creek, AZ 85142
- State and Zip Code: & 563 S. Rock Anno #563  85142
- Telephone Number: 480-355-1402
- E-mail Address (if known): Unknown

Defendant No. 2
- Name: Apollo Global Management
- Job or Title (if known): Management
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Century-21 Real Estate Headquarters
- Job or Title (if known): Management, Owners, Inc. or LLC, ETC., et al
- Street Address: 175 Park Ave.
- City and County: Madison, NJ 07940
- State and Zip Code:
- Telephone Number: 877-221-2956
- E-mail Address (if known): Unknown

Defendant No. 4
- Name: Ares Management
- Job or Title (if known): Management
- Street Address: 2000 Avenue of the Stars
- City and County: Los Angeles, CA 90067
- State and Zip Code: Unknown
- Telephone Number:
- E-mail Address (if known): Unknown

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question  [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. MONOPOLY, COLLUSION, CONSPIRACY, THEFT, FIDUCIARY CRIMES, ETHICS VIOLATIONS & LAW BREAKING UNDUE HARDSHIP ON PLAINTIFF, LIBEL, CHARACTER ASSASSINATION OF PLAINTIFF, MENTAL ANGUISH TO PLAINTIFF, FRAUD, DECEPTION LACK OF PROCEDURE & MANAGEMENT ON COMMISSIONS, MONOPOLY, ETC.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* THOMAS L. BURKEL, is a citizen of the State of *(name)* OHIO & ARIZONA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Thomas L. Burke, is ~~incorporated~~ under the laws of the State of *(name)* Thomas L. Burkel, and has its principal place of business in the State of *(name)* OHIO & AZ.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* PERRY MATTEWS, ET AL, ~~is~~ ARE a citizen of the State of *(name)* ARIZONA, CA, NJ. Or is a citizen of *(foreign nation)* USA.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$455 BILLION PLUS THREE TIMES ACTUAL AWARD FOR PAIN, SUFFERING, DECEPTION, MONOPOLY ETC ON PLAINTIFF FROM DEFENDANTS ET AL

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

CENTURY 21 TOWN & COUNTRY — APACHE JUNCTION OFFICES HAS COLLUDED, BY ITSELF, ITS BROKER & CO-BROKER, WIFE & WORKERS DIRECTED UNDER HIS SUPERVISION OF C4 TOWN & COUNTRY TRACEY LAST NAME NOT KNOW HAVE PAST & PRESENT MONOPOLY OF THE GOLDEN VISTA RV CENTER THROUGH, PURPOSEFUL, ACTUAL HIDDEN MONOPOLY OF REAL ESTATE MARKET

SEE ABOVE #3

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(SEE ABOVE)

AT GOLDEN VIST RV IN APACHE JUNCTION, AZ FOR APPROX. 6 YEAR PAST TO PRESENT

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-06-2021

Signature of Plaintiff: *Thomas L. Burkel*
Printed Name of Plaintiff: Thomas L. Burkel

tomburkel58@gmail.com
513-543-1644 cell
office 513-777-2141

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____