# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas L Burkel, | No. CV-21-02049-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Apollo Global Management, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2).

**IT IS ORDERED** the Application is **DENIED**. Plaintiff shall have 10 days from the entry of this Order to pay the filing fee of $402.00. The Clerk of Court is directed to enter dismissal of this action without further notice if Plaintiff fails to pay the filing fee of $402.00 within 10 days from the entry of this Order.

Dated this 7th day of December, 2021.

Honorable Susan M. Brnovich
United States District Judge